## CITY OF CORBIN v. ROOT.

Court of Appeals of Kentucky.

(Decided Dec. 6, 1932.)

H. H. OWENS for appellants.
E. L. STEPHENS and STEPHENS & STEELY for appellee.
PER CURIAM.
Appeal denied; judgment affirmed.

## CHAPMAN v. MADDY.

Court of Appeals of Kentucky.

(Decided Dec. 16, 1932.)

C. F. SEE, Jr. for movant.
CAIN & THOMPSON, opposed.
PER CURIAM.
Appeal denied; judgment affirmed.

## GARNETT v. OLIVER.

Court of Appeals of Kentucky.

(Decided Dec. 16, 1932.)

See, also, 40 S. W. (2d) 322; 45 S. W. (2d) 815.

MARCUS C. REDWINE and J. SMITH HAYS for movant.
HARVEY T. LISLE and JAMES F. WINN, opposed.
PER CURIAM.
Appeal denied; judgment affirmed.